ARMED SERVICES BOARD OF CONTRACT APPEALS

Petition of --                            )
                                          )
American Systems Corporation              )        ASBCA No. 59803-959
                                          )
Under Contract No. N62583-08-D-0136       )

APPEARANCES FOR THE PETITIONER:           Joseph G. Billings, Esq.
                                          Katherine B. Hill, Esq.
                                            Miles & Stockbridge, P.C.
                                          Baltimore, MD

APPEARANCES FOR THE GOVERNMENT:           Ronald J. Borro, Esq.
                                            Navy Chief Trial Attorney
                                          Anthony K. Hicks, Esq.
                                            Trial Attorney

DISMISSAL ORDER

On 26 January 2015, the contractor filed a request under Board Rule 1(a)(5) for an order directing the contracting officer to render a decision on its claim. In a conference call on 13 February 2015, government counsel informed the Board that the contracting officer issued a decision on 6 February 2015.

Accordingly, the Board dismisses this petition as moot.

Dated: 18 February 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

RICHARD SHACKLEFORD                         PETER D. TING
Administrative Judge                        Administrative Judge
Vice Chairman                               Armed Services Board
Armed Services Board                        of Contract Appeals
of Contract Appeals


I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 59803-959, Petition of American Systems Corporation, rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2